Case 1:18-cv-10327-PBS   Document 33-1   Filed 07/23/18   Page 1 of 1

32a

## Exhibit A

### COMMONWEALTH OF VIRGINIA
# SAMPLE BALLOT

POWHATAN COUNTY

GENERAL ELECTION

Tuesday, November 3, 1964

**FOR PRESIDENT AND VICE-PRESIDENT**

☐ **Democratic Party**

(Electors for LYNDON B. JOHNSON for President, and HUBERT H. HUMPHREY for Vice-President)

| | |
|---|---|
| At Large | CHARLES R. FENWICK |
| At Large | WILLIAM W. JONES |
| 1st District | HOWARD H. ADAMS |
| 2nd District | EDWARD L. BREEDEN, JR. |
| 3rd District | DR. RUSSELL V. BOWERS |
| 4th District | N. G. HUTCHESON |
| 5th District | J. GARNETT DAVIS |
| 6th District | J. E. GENE TYLER |
| 7th District | CHARLES H. DAVIDSON, JR. |
| 8th District | RANDOLPH H. PERRY |
| 9th District | TOM B. FUGATE |
| 10th District | RALPH G. LOUK |

☐ **Republican Party**

(Electors for BARRY M. GOLDWATER for President, and WILLIAM E. MILLER for Vice-President)

| | |
|---|---|
| At Large | FRANK GRAVELY |
| At Large | WILLIAM A. QUICK |
| 1st District | MRS. JENNINGS RICH |
| 2nd District | B. B. LIPSCOMB |
| 3rd District | J. CALVITT CLARKE |
| 4th District | CHARLES E. HUNTER |
| 5th District | JOSEPH C. LUMPKIN |
| 6th District | E. D. HILTEN |
| 7th District | D. WAMPLER EARMAN |
| 8th District | ROBERT R. HARMON |
| 9th District | DAVID H. FRACKLETON |
| 10th District | CARL A. MARSHALL |

☐ **Socialist Labor Party**

(Electors for ERIC HASS for President, and HENNING A. BLOMEN for Vice-President)

| | |
|---|---|
| At Large | MELVIN L. MAUCK |
| At Large | ELIZABETH DORN |
| 1st District | EDWARD A. DORN |
| 2nd District | EDWARD SOLOMON |
| 3rd District | WILLIAM C. GRIGG |
| 4th District | ETHEL B. GALBRAITH |
| 5th District | WILLIAM H. WOODING |
| 6th District | WILLA H. OWENS |
| 7th District | URIAH McKENDALL WESTBROOK |
| 8th District | JOHN H. BACHELDER |
| 9th District | MARY BARHAM |
| 10th District | PHILLIP HARDING CATE |



Exhibit B

*Maps of Congressional Districts*

VIRGINIA

(10 districts)

869