UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD J. LYMAN, WILLIAM F. WELD, and ROBERT D. CAPODILUPO,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts; and WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts,<br><br>Defendants. | CIVIL ACTION<br>NO. 18-10327-PBS |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully submit this Notice to apprise the Court of a supplemental authority in support of Defendants' Motion to Dismiss Complaint (Dkt. # 21).

On September 21, 2018, a federal court in the Central District of California dismissed a complaint raising the same constitutional claims asserted here. *See* Order Re: Defendants' Motion to Dismiss the Complaint for Declaratory and Injunctive Relief, in *Rodriguez v. Brown*, No. 18-01422 (C.D. Cal.) (Dkt. # 83) (Marshall, J.) (copy attached). *Rodriguez* is one of the other pending cases filed by plaintiffs' counsel challenging "winner take all" methods for selecting Presidential Electors.

The court in *Rodriguez* dismissed the complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), concluding that the plaintiffs failed to state a claim under the Fourteenth or the First Amendment. The court relied on the Supreme Court's decisions in *McPherson v. Blacker*, 146

U.S. 1 (1892), and *Williams v. State Board of Elections*, 288 F. Supp. 622 (E.D. Va. 1968) (three-judge court), *aff'd per curiam*, 393 U.S. 320, *reh'g denied*, 393 U.S. 1112 (1969), as binding precedent that controlled the issues presented.

          Respectfully submitted,

          GOVERNOR CHARLES D. BAKER and
          SECRETARY WILLIAM F. GALVIN,

          By their attorneys,

          MAURA HEALEY
          ATTORNEY GENERAL

          /s/ Amy Spector
          Robert E. Toone, BBO #663249
          Juliana deHaan Rice, BBO #564918
          Amy Spector, BBO #557611
          Assistant Attorneys General
          One Ashburton Place
          Boston, Massachusetts  02108
          (617) 963-2076
          amy.spector@state.ma.us

Dated:  September 24, 2018

## Certificate of Service

     I hereby certify that the above Notice, which I filed electronically through the Court's electronic case filing system on September 24, 2018, will be sent electronically to all parties registered on the Court's electronic filing system.

          /s/ Amy Spector
          Amy Spector