UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Richard J. Lyman, et.al.

    Plaintiffs

CIVIL ACTION
NO. 1:18-cv-10327-PBS

V.

Charles D. Baker, et.al.

    Defendants

## ORDER OF DISMISSAL

SARIS, CJ.

In accordance with the Court's Memorandum and Order dated December 7, 2018 granting defendant's motion to Dismiss (Docket No. 21), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

12/7/2018         /s/ C. Geraldino-Karasek

    Date             Deputy Clerk