**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RICHARD LYMAN; WILLIAM WELD; and ROBERT CAPODILUPO<br><br>                    Plaintiffs,<br><br>          v.<br><br>CHARLIE BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts; and WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts.<br><br>                    Defendants. | **Case No. 1:18-cv-10327-PBS** |

## NOTICE OF APPEAL

Notice is hereby given that Richard Lyman, William Weld, and Robert Capodilupo, the Plaintiffs in the above captioned matter, appeal to the United States Court of Appeals for the First Circuit from the Judgment entered in this action on December 7, 2018 (Dkt. Nos. 52 and 53).

                                                            Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Amy Mauser |
| Seth V. Jackson, Esq., BBO # 658669 | Amy Mauser (*Admitted Pro Hac Vice*) |
| ZELLE LLP | BOIES SCHILLER FLEXNER LLP |
| 161 Worcester Road, Suite 502 | 1401 New York Avenue, N.W. |
| Framingham, MA  01701 | Washington, DC 20005 |
| Telephone:  (781) 466-0700 | Telephone:  (202) 895-7564 |
| Facsimile:  (781) 466-0701 | Facsimile:  (202) 237-6131 |
| sjackson@zelle.com | Email: amauser@bsfllp.com |

## CERTIFICATE OF SERVICE

      I, Amy M. Mauser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 12th day of December 2018.

      /s/ Amy Mauser
      Amy Mauser (*Admitted Pro Hac Vice*)