UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD J. LYMAN; WILLIAM F. WELD; and ROBERT D. CAPODILUPO,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts; and WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of the Commonwealth of Massachusetts,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 1:18-cv-10327 |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JULIANA deHAAN RICE

Pursuant to Local Rule 83.5.2(d), please enter the withdrawal of appearance of the undersigned, Juliana deHaan Rice, Assistant Attorney General, as counsel for the defendants Charles D. Baker, as Governor and William Francis Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts. The defendants will continue to be represented by Assistant Attorneys General Amy Spector and Robert E. Toone.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　MAURA HEALEY
　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　/s/ Juliana deHaan Rice
　　　　　　　　　　　　　　　　　Juliana deHaan Rice, BBO No. 564918
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　Government Bureau
　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　(617) 963-2583
Date:　July 11, 2019　　　　　　　juliana.rice@state.ma.us

## **CERTIFICATE OF SERVICE**

    I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on July 11, 2019.

                                                      */s/ Juliana deHaan Rice*
                                                      Juliana deHaan Rice
                                                      Assistant Attorney General